JUL 0 1 2005

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 0 9 2005

GREGORY C. LANGHAM
CLERK

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| | (For a Petty Offense) |
| v. | CASE NUMBER: 05-7066M |
| JOE KNIGHT | (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
| --- | --- | --- | --- |
| 18 U.S.C. § 13: C.R.S § 42-4-1301(1)(a) | Driving Under the Influence | 03/01/2005 | 1 |

Defendant is placed on unsupervised probation for a term of six months. Level I alcohol and drug treatment are to be completed by 12/7/2005. Defendant is to complete 36 hours of community service. Defendant is sentenced to a jail term of 5 days, suspended.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

06/01/2005
Date of Imposition of Judgment

Signature of Judicial Officer

Daniel B. Sparr, Senior U.S. District Judge
Name & Title of Judicial Officer

6/8/05
Date

EOD
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 6 2005

GREGORY C. LANGHAM
CLERK

DEFENDANT: JOE KNIGHT
CASE NUMBER: 05-7066M                                                                                   Judgment-Page 2 of 3

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $10.00 | $100.00 | $0.00 |
| **TOTALS** | $10.00 | $100.00 | $0.00 |

Interest on the fine will be waived, upon the court's finding that the defendant does not have the ability to pay interest.

DEFENDANT: JOE KNIGHT
CASE NUMBER: 05-7066M

Judgment-Page 3 of 3

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

All fees and fines are to be paid in full by 10/1/2005.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order: (1) special assessment, (2) fine principal.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Date: June 9, 2005              Case Number: 05-7066M

### CERTIFICATE OF MAILING

The undersigned hereby certifies that on the above date a copy of the Judgment signed by Judge Sparr was duly mailed to the persons listed below:

Special Assistant United States Attorney
Joshua Berger
Department of the Army
7086 Albanese Loop
Fort Carson, CO 80913

Joe Knight

18300 Maint Co

BOX 132
Fort Carson, CO 80913

GREGORY C. LANGHAM, CLERK

By: _____
Tracey Lee, Deputy Clerk